

# Fourth Court of Appeals
## San Antonio, Texas

November 10, 2016

No. 04-16-00607-CV

**TOLL BROTHERS, INC**.,
Appellant

v.

**BUILDERS FIRST SOURCE-SOUTH TEXAS, L.P**.,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-13962
Honorable Larry Noll, Judge Presiding

# O R D E R

Appellant's first motion for extension of time to file its brief is GRANTED. Appellant's brief is due on November 28, 2016.

Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of November, 2016.

Keith E. Hottle
Clerk of Court